Filed 1/11/21  P. v. Alonzo CA2/7

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SEVEN

| | |
|---|---|
| THE PEOPLE, | B306238 |
| Plaintiff and Respondent, | (Los Angeles County Super. Ct. No. KA100904) |
| v. | |
| JOB EMIL ANDREW ALONZO, | |
| Defendant and Appellant. | |

APPEAL from an order of the Superior Court of Los Angeles County, Mike Camacho, Judge.  Reversed with directions.

Richard I. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

Xavier Becerra, Attorney General, Lance E. Winters, Chief Assistant Attorney General, Susan Sullivan Pithey, Senior Assistant Attorney General, and Chung L. Mar and Noah P. Hill, Deputy Attorneys General, for Plaintiff and Respondent.

In March 2012 Job Emil Andrew Alonzo pleaded no contest in San Bernardino County Superior Court to unlawful driving or taking a vehicle (Veh. Code, § 10851, subd. (a)) and driving a vehicle with a blood alcohol level of 0.08 percent or more (*id.*, § 23152, subd. (b)).  The court sentenced Alonzo to probation for 36 months.  In January 2013 the court transferred Alonzo's probation to Los Angeles County pursuant to Penal Code section 1203.9.  In October 2014 Alonzo admitted in Los Angeles County Superior Court he violated probation, and the court sentenced him to two years in county jail with credit for time served.

In March 2020 Alonzo filed a petition in Los Angeles County Superior Court under Proposition 47 (Pen. Code, § 1170.18) for recall of his sentence and for resentencing on his conviction for unlawful driving or taking a vehicle, alleging that the value of the vehicle was not more than $950.  The court denied the petition, and Alonzo appealed.

Alonzo concedes he filed his petition under Proposition 47 in the wrong court; he should have filed it in San Bernardino County Superior Court, not Los Angeles County Superior Court. (See *People v. Adelmann* (2018) 4 Cal.5th 1071, 1081 ["even in the case of a probationary transfer, the original sentencing court is the proper venue for a resentencing petition under [Penal Code] section 1170.18"].)  Therefore, the order denying Alonzo's petition is reversed, and the trial court is directed to dismiss the petition without prejudice to Alonzo refiling it in San Bernardino County Superior Court.


SEGAL, J.


We concur:          PERLUSS, P. J.          FEUER, J.

2